IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALONZO RUEL HOLMES,

      Appellant,

  v.

Case No.  5D23-65
LT Case No. 16-2020-CF-002910-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 28, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

William Mallory Kent, of Kent &
McFarland, Jacksonville, for
Appellant.

Ashley Moody, Attorney General,
and Michael L. Schaub, Assistant
Attorney  General,  Tallahassee,
for  Appellee.

PER CURIAM.

    AFFIRMED.  *See Armstrong v. State*, 312 So. 3d 138 (Fla. 1st DCA 2020).

LAMBERT, C.J., HARRIS and MACIVER, JJ., concur.